IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATIONSTAR MORTGAGE f/k/a CENTEX
HOME EQUITY CORPORATION,

Plaintiff,

v.

DAVID E. CROSS a/k/a DAVID CROSS,
JANICE L. CROSS, SOUTHERN ILLINOIS
LUMBER COMPANY, BARBARA L. WOODCOCK,
UNITED STATES OF AMERICA, UNKNOWN
OWNERS AND NON-RECORD CLAIMANTS,

Defendants.                                          No. 12-cv-868-DRH-DGW

## ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiff, Nationstar Mortgage f/k/a Centex Home Equity Corporation's motion to voluntarily dismiss this action (Doc. 16) seeking dismissal of the action without prejudice. This Court acknowledges plaintiff's notice and dismisses the complaint without prejudice and without costs taxed to either party. The final pretrial conference set for June 13, 2013 is hereby **CANCELLED.**

**IT IS SO ORDERED.**

Signed this 11th day of June, 2013.

Digitally signed by
David R. Herndon
Date: 2013.06.11
10:03:21 -05'00'

Chief Judge
United States District Court